[No. 16033-5-III.   Division Three.   July 29, 1997.]

JIM C. HOLLIS, ET AL., *Respondents*, v. GARWALL, INC.,
ET AL., *Appellants*.

The opinion in the above captioned case which appeared in the advance sheets at 87 Wn. App. 220-228 has been omitted from this permanent bound volume because of an amendment of the opinion made by an order of the Court of Appeals dated October 21, 1997. The opinion, as modified, appears at 88 Wn. App. 10.